# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-4233

_____

NICHOLAS MENO,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Belated Appeal – Original Jurisdiction.

January 26, 2018

PER CURIAM.

The petition for belated appeal is denied on the merits.

LEWIS, OSTERHAUS, and BILBREY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Nicholas Meno, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.